PROSKAUER ROSE LLP
Kathleen M. McKenna (KM-4258)
1585 Broadway
New York, New York 10036
(212) 969-3000
Attorneys for Defendants

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

RITA RAGONE

                Plaintiff,

    v.

ATLANTIC VIDEO at the Manhattan-Center, d/b/a
MCP-AV, Inc., ESPN INC., WOODY PAIGE; JAY
CRAWFORD; TED NELSON; AND LORI
BERLIN

                Defendants.

-------------------------------------------------------- x

ECF CASE

STIPULATION EXTENDING
TIME TO ANSWER

07 Civ. 6084 (JGK) (JCF)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their respective counsel, that the Defendant, ESPN Inc.'s, time in which to answer, move, or otherwise respond to the Complaint, shall be extended up to and including September 28, 2007.

Dated: New York, New York
         August 24, 2007

ZATUCHNI & ASSOCIATES LLC

By: _____
David Zatuchni, Esq. (DZ-2516)
1 West Street – Suite 100
New York, New York 10004
(212) 785-8980

PROSKAUER ROSE LLP

By: _____
Kathleen McKenna (KM-4258)
1585 Broadway
New York, New York 10036
(212) 969-3130

So ordered.
_____
9/11/07  U.S.D.J.

0503/25930-005 Current/10028060v2

SO ORDERED this ___ day of August, 2007

_____
U.S.D.J.