PROSKAUER ROSE LLP
Kathleen M. McKenna
Dylan S. Pollack
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000
Attorneys for Defendant ESPN Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
RITA RAGONE,                                              :

        Plaintiff,          :     Action No. 1:07-cv-06084 (JGK)

       v.                         :     **STATEMENT PURSUANT
                                                                TO RULE 7.1**
ATLANTIC VIDEO at the Manhattan Center,    :
d/b/a MCA-AV, INC.; ESPN INC.; WOODY
PAIGE; JAY CRAWFORD; TED NELSON;           :     **ECF Case**
and, LORI BERLIN,
                                                          :
        Defendants.
------------------------------------------------------------ X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for ESPN Inc. ("ESPN"), a nongovernmental corporate party, certifies that each of the following is a corporate parent or a publicly held corporation that owns more than 10% of the stock of ESPN:

- Hearst Brazil, Inc.
- The Hearst Corporation
- ESPN Holding Company, Inc.
- ABC Holding Company, Inc.
- ABC, Inc.
- ABC Enterprises, Inc.
- Disney Enterprises, Inc.
- The Walt Disney Company

Dated: New York, New York
       September 28, 2007

                    PROSKAUER ROSE LLP

                    By:   s/ Kathleen M. McKenna
                         Kathleen M. McKenna
                         Dylan S. Pollack
                  1585 Broadway
                  New York, New York 10036
                  (212) 969-3000
                  *Attorneys for Defendant*
                  *ESPN Inc.*