PROSKAUER ROSE LLP
Kathleen M. McKenna
Dylan S. Pollack
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000
Attorneys for Defendant ESPN Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

RITA RAGONE,                                          :

             Plaintiff,                    :        Action No. 1:07-cv-06084 (JGK)

      v.                                        :        **STATEMENT PURSUANT
                                              TO RULE 7.1**

ATLANTIC VIDEO at the Manhattan Center,       :
d/b/a MCA-AV, INC.; ESPN INC.; WOODY
PAIGE; JAY CRAWFORD; TED NELSON;              :        **ECF Case**
and, LORI BERLIN,

                                  :

             Defendants.
-------------------------------------------------------------- X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

ESPN Inc. ("ESPN"), a nongovernmental corporate party, certifies that each of the following is a

corporate parent or a publicly held corporation that owns more than 10% of the stock of ESPN:

- Hearst Brazil, Inc.

- The Hearst Corporation

- ESPN Holding Company, Inc.

- ABC Holding Company, Inc.

- ABC, Inc.

- ABC Enterprises, Inc.

- Disney Enterprises, Inc.

- The Walt Disney Company

2

Dated: New York, New York
         September 28, 2007

                                    PROSKAUER ROSE LLP


                                    By:     s/ Kathleen M. McKenna
                                            Kathleen M. McKenna
                                            Dylan S. Pollack
                                    1585 Broadway
                                    New York, New York 10036
                                    (212) 969-3000
                                    *Attorneys for Defendant*
                                    *ESPN Inc.*