UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
RITA RAGONE,                              :
                                          :
                         Plaintiff,       :    Action No. 07 CV 6084 (JGK)
                                          :
         v.                               
                                          
ATLANTIC VIDEO at the Manhattan Center,
d/b/a MCA-AV, INC.; ESPN INC.; WOODY
PAIGE; JAY CRAWFORD; TED NELSON;
and LORI BERLIN,
                                          :    **AFFIDAVIT OF SERVICE**
                         Defendants.      :
------------------------------------------------------------------------x
STATE OF NEW YORK    )
                     ss.:
COUNTY OF NEW YORK   )

ALLEN F. HEALY, being duly sworn, deposes and states:

1. I am not a party to this action, am over eighteen years of age, and reside in Bronx, New York.

2. On September 28, 2007, at approximately 5:25 pm, I served, by mail, true copies of the Answer and Statement Pursuant To Rule 7.1, upon David Zatauchni, Esq., Attorney for Plaintiff, at 35 Seacoast Terrace, Suite 21B, Brooklyn, NY 11235 and upon Alan S. Block, Esq., Bonner Kiernan Trebach & Crociata, LLP, 1233 20th Street, NW, Washington, DC 20036.

3. I made said service by depositing true copies of the above referenced documents, enclosed in two prepaid, sealed wrappers, properly addressed to the above-named persons, in an official depository, located on the northwest corner of Broadway and 48th Street, under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Allen F. Healy
Process Server's License #0921311

Sworn to before me this
28th day of September 2007.

_____
JAMES R. BETHEA
Notary Public, State of New York
No. 01BE6014213
Qualified in New York County
Commission Expires Oct. 5, 20__