UNITED STATES DISTRICT COURT
FOR THE, SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION NO.: 07-CV-6084

| | |
|---|---|
| RITA RAGONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ATLANTIC VIDEO, INC. improperly | ) |
| Identified as "Atlantic Video at the | ) |
| Manhattan Center, d/b/a MCP-AV, Inc.", | ) |
| ESPN, INC., WOODY PAIGE, | ) |
| JAY CRAWFORD, TED NELSON and | ) |
| LORI BERLIN, | ) |
| | ) |
| Defendants. | ) |

## DISCLOSURE STATEMENT – FEDERAL RULES OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, I certify as counsel in this case that the following constitutes identification of any parent corporation of Atlantic Video, Inc. and any publicly held corporation that owns 10% or more or its stocks:

Defendant Atlantic Video, Inc. is a Delaware corporation not publicly traded and whose parent corporation is:

    Newsworld Communications, LLC
    3600 New York Avenue, NW
    Washington, DC 20002

                      BONNER KIERNAN TREBACH
                      & CROCIATA, LLP

                      _____
                      Lynda E. Liebhauser (LL-1447)
                      Empire State Building
                      Suite 3304
                      New York, New York 10118
                      (212) 268-7535
                      Counsel for Defendant **ATLANTIC VIDEO, INC.**