# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

**Kathleen M. McKenna**
Member of the Firm

Direct Dial 212.969.3130
kmckenna@proskauer.com

October 12, 2007

**BY HAND DELIVERY**

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1030
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 10/15/07

**APPLICATION GRANTED
SO ORDERED**

John G. Koeltl, U.S.D.J.
10/14/07

Re:   Ragone v. Atlantic Video, Inc., et al.
      Civil Action No. 07-CV-6084 _____

Dear Judge Koeltl:

We represent Defendant ESPN, Inc. ("ESPN") in the above-referenced matter. We write to request the Court's permission to join the Motion to Dismiss the Complaint and to Compel Arbitration made by Defendant Atlantic Video, Inc. ("AVI").

In this employment discrimination case, Plaintiff, a former AVI-employee, claims she was subjected to sexual harassment and unlawful retaliation while working as a make-up artist on the set of the ESPN television show, "Cold Pizza." The basis for the AVI's motion is a February 22, 2005 Arbitration Agreement (the "Arbitration Agreement") in which Plaintiff expressly agreed to arbitrate "any and all claims and controversies arising out of [her] employment or its termination."

All twelve counts asserted by Plaintiff against ESPN (or its current or former employees) allege statutory employment claims under federal, state and local law that require the existence an employment relationship. Accordingly, there can be no dispute that Plaintiff's claims against ESPN "[arise] out of [her] employment or its termination" and, therefore, are subject to arbitration pursuant to the Arbitration Agreement.

Based on the foregoing, we respectfully request that ESPN be allowed to join AVI's Motion to Dismiss the Complaint and to Compel Arbitration. In an effort to avoid any disruption to the briefing schedule now in place, we propose that ESPN be permitted to submit a short brief in

**PROSKAUER ROSE LLP**

Hon. John G. Koeltl
October 12, 2007
Page 2

support of the motion today, October 12, 2007. AVI has consented to this request. We have left several messages for counsel for plaintiff but have been unable to contact him to obtain plaintiff's consent to this request.

Respectfully submitted,

Kathleen M. McKenna

cc:    David Zatuchni, Esq.
       Alan S. Block, Esq.