Oct 15 2007 04:39am P002/003



New York                    Newark

Zatuchni & Associates, LLC
2 Research Way
3rd Floor East
Princeton, New Jersey 08540
Tel 609 243-0300
Fax 609 243-0333
www.zatuchniassociates.com

Writer's Email
davidz@zatuchniassociates.com

OCT 15 2007

October 15, 2007

Hon. John G. Koeltl, USDCJ
Southern District Court of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1030
New York, NY 10007
**Via Facsimile - (212) 805-7912**

APPLICATION GRANTED
SO ORDERED

10/15/07

John G. Koeltl, U.S.D.J.

Re:    Ragone v. Atlantic Video, Inc., et al
       Civil Action No. 07-CV-6084

Dear Judge Koeltl

This office represents Plaintiff Rita Ragone in the above matter.

On Friday, October 12, 2007, we became aware that Defendant Atlantic Video, Inc. filed a Motion to Dismiss and To Compel Arbitration. We did not became aware of Atlantic Video's filing until Friday due to problems (unknown until then) with our registration under the ECF filing system, and therefore we did not receive the ECF filing messages.

I became aware of Atlantic Video's motion only when I received a call from counsel for co-defendant ESPN requesting to join in Atlantic Video motion. (Your Honor has granted that request).

In any event, I have conferred with counsel for both Defendants Atlantic Video and ESPN and they have consented that Plaintiff's Opposition papers to their respective motions be due on October 29, 2007. Accordingly, I respectfully request that October 29, 2007 be entered by the court as the filing deadline date for Ms. Ragone's Opposition papers.

Hon. John G. Koeltl, USDCJ
October 15, 2007
Page 2 of 2

Thank your for your attention to this matter.

Very truly yours,

David Zatuchni, Esq.

Cc:    Kathleen M. McKenna, Esq.(via facsimile 212-969-2900)
       Alan S. Block, Esq. (via facsimile 202-712-7100)