## PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Kathleen M. McKenna
Member of the Firm

Direct Dial 212.969.3130
kmckenna@proskauer.com

October 17, 2007

**BY FACSIMILE**

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1030
New York, NY 10007

Re: Ragone v. Atlantic Video, Inc., et al.
    Civil Action No. 07-CV-6084

Dear Judge Koeltl:

We represent Defendant ESPN, Inc. ("ESPN") in the above-referenced matter. We write on behalf of ESPN and Defendant Atlantic Video, Inc. (collectively "Defendants") to request that Defendants' reply papers, if any, in support of Defendant's Motion to Dismiss the Complaint and to Compel Arbitration be due for service on November 6, 2007, eight days after Plaintiff's opposition papers are due and two days before the scheduled return date. Counsel for Plaintiff and Defendant Atlantic Video have consented to this request.

Respectfully submitted,

Kathleen M. McKenna

cc: David Zatuchni, Esq. (by fax)
    Alan S. Block, Esq. (by fax)

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
10/18/07

5973/25930-005 Current/10210839v1