**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Kathleen M. McKenna
Member of the Firm

Direct Dial 212.969.3130
kmckenna@proskauer.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07

October 25, 2007

**BY FACSIMILE**

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Ragone v. Atlantic Video, Inc., et al.
    Civil Action No. 07-CV-6084

Dear Judge Koeltl:

We represent Defendant ESPN, Inc. ("ESPN") in the above-referenced matter. We write on behalf of all of the parties to request an adjournment of the conference now scheduled for October 30, 2007 at 4:30 p.m. This conference was scheduled before the Court established a briefing schedule on Defendant's Motion to Dismiss the Complaint and Compel Arbitration, the return date for which is November 6, 2007. Accordingly, the parties jointly request that the aforementioned conference be adjourned until disposition of the motion.

Respectfully submitted,

Kathleen M. McKenna
/psp

cc: David Zatuchni, Esq. (by fax)
    Alan S. Block, Esq. (by fax)

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
10/26/07

5973/25930-005 Current/10233678v1