**PROSKAUER ROSE LLP**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/07

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Kathleen M. McKenna
Member of the Firm

Direct Dial 212.969.3130
kmckenna@proskauer.com

November 6, 2007

**BY FACSIMILE**

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

Re: Ragone v. Atlantic Video, Inc., et al.
    Civil Action No. 07-CV-6084

Dear Judge Koeltl:

We represent Defendant ESPN, Inc. ("ESPN") in the above-referenced matter. We write on behalf of ESPN and Defendant Atlantic Video, Inc. (collectively "Defendants") to request a seven-day extension of time to serve and file Defendants' reply papers in support of Defendant's Motion to Dismiss the Complaint and Compel Arbitration to November 13, 2007, and a corresponding adjournment of the return date for that motion to November 15, 2007. Counsel for Plaintiff has consented to this request.

Respectfully submitted,

Kathleen M. McKenna

cc: David Zatuchni, Esq. (by fax)
    Alan S. Block, Esq. (by fax)

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
11/6/07

5973/25930-005 Current/10298403v1