

**SCANNED**

UNITED STATES DISTRICT COURT
FOR THE, SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION NO.: 07-CV-6084

| | |
|---|---|
| RITA RAGONE,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC VIDEO, INC. improperly identified as "Atlantic Video at the Manhattan Center, d/b/a MCP-AV, Inc.", ESPN, INC., WOODY PAIGE, JAY CRAWFORD, TED NELSON and LORI BERLIN,<br><br>Defendants. | MOTION TO ADMIT COUNSEL PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, KENNETH A. SCHOEN, a member in good standing of the Bar of this Court, hereby moves for an Order allowing the admission pro hac vice of ALAN S. BLOCK, partner at the law firm of BONNER KIERNAN TREBACH & CROCIATA, LLP, 1233 20th Street, NW, Eighth Floor, Washington, DC 20036, telephone (202) 712-7000, facsimile (202) 712-7100.

ALAN S. BLOCK is a member in good standing of the Bar of the District of Columbia. There are no pending disciplinary proceedings against ALAN S. BLOCK in the District of Columbia or Federal Court.

Dated: New York, New York
      May 9, 2008

Respectfully submitted,

_____
Kenneth A. Schoen
SDNY Bar: (KAS 7180)
BONNER KIERNAN TREBACH
   & CROCIATA, LLP
Empire State Building – Suite 3304
New York, New York 10118
Telephone: (212) 268-7535
Facsimile: (212) 268-4965

UNITED STATES DISTRICT COURT
FOR THE, SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION NO.: 07-CV-6084

| | |
|---|---|
| RITA RAGONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ATLANTIC VIDEO, INC. improperly identified as "Atlantic Video at the Manhattan Center, d/b/a MCP-AV, Inc.", ESPN, INC., WOODY PAIGE, JAY CRAWFORD, TED NELSON and LORI BERLIN, | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF KENNETH A. SCHOEN IN
### SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

State of New York    )
                     ) ss:
County of New York   )

KENNETH A. SCHOEN, being duly sworn, hereby deposes and says as follows:

1.   I am a Partner in the Law Firm of Bonner Kiernan Trebach & Crociata, LLP. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit ALAN S. BLOCK as counsel pro hac vice to represent ATLANTIC VIDEO, INC. in this matter.

2.   I am a member in good standing of the Bar of the state of New York, and was admitted to practice law in February 1, 1989. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known ALAN S. BLOCK since 2000.

4. Mr. Block is my Partner at the law firm of Bonner Kiernan Trebach & Crociata, LLP, and primarily works out of our Washington, DC office.

5. I have found Mr. Block to be a skilled attorney and a person of high integrity. He is experienced in Federal practice and is quite familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of ALAN S. BLOCK, pro hac vice.

7. I respectfully request and submit that the proposed order granting the admission of ALAN S. BLOCK, pro hac vice, to represent ATLANTIC VIDEO, INC. in the above captioned matter should be granted.

Dated: New York, New York
       May 9, 2008

Respectfully submitted,

BONNER KIERNAN TREBACH
& CROCIATA, LLP

By: _____
Kenneth A. Schoen
SDNY Bar: (KAS 7180)
Empire State Building – Suite 3304
New York, New York 10118
Telephone: (212) 268-7535
Facsimile: (212) 268-4965

✎ AO 136 (Rev. 9/98) Certificate of Good Standing

UNITED STATES DISTRICT COURT

Eastern     **DISTRICT OF**     Virginia

**CERTIFICATE OF
GOOD STANDING**

I, _Fernando Galindo_, Clerk of this Court,

certify that _Alan Stuart Block_, Bar # _32528_,

was duly admitted to practice in this Court on

_July 9, 1991_, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _Alexandria, VA_ on _May 6, 2008_ .
              LOCATION                       DATE

Fernando Galindo           *Kathryn M. Stasko*
CLERK OF COURT            DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE, SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION NO.: 07-CV-6084

| | |
|---|---|
| RITA RAGONE, | ) |
| Plaintiff, | ) |
| v. | ) |
| ATLANTIC VIDEO, INC. improperly identified as "Atlantic Video at the Manhattan Center, d/b/a MCP-AV, Inc.", ESPN, INC., WOODY PAIGE, JAY CRAWFORD, TED NELSON and LORI BERLIN, | ) ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |
| Defendants. | ) |

Upon the motion of Kenneth A. Schoen, local counsel for ATLANTIC VIDEO, INC., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

ALAN S. BLOCK
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW
Eighth Floor
Washington, DC 20036
Telephone: (202) 712-7000
Facsimile: (202) 712-7100

is admitted to practice pro hac vice as counsel for ATLANTIC VIDEO, INC. in the above captioned cause in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York

_____
United States District/Magistrate Judge

cc:   David Zatauchni, Esq.
      Kathleen M. McKenna, Esq.
      Alan S. Block, Esq.

UNITED STATES DISTRICT COURT
FOR THE, SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION NO.: 07-CV-6084

| | |
|---|---|
| RITA RAGONE, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CERTIFICATION OF SERVICE |
| ATLANTIC VIDEO, INC. improperly identified as "Atlantic Video at the Manhattan Center, d/b/a MCP-AV, Inc.", ESPN, INC., WOODY PAIGE, JAY CRAWFORD, TED NELSON and LORI BERLIN, | ) |
| Defendants. | ) |

   I, KENNETH A. SCHOEN, an attorney duly admitted to practice law in the Courts of the State of New York do hereby certify under penalty of perjury that on May 9, 2008 a copy of Defendant's **Motion to Admit Counsel Pro Hac Vice – Federal Rules of Civil Procedure 1.3(c)** was electronically filed and on May 9, 2008 was served by mailing same in a sealed envelope with postage prepaid, at an official depository of the United States Post Office addressed to the last known address of the addressee(s) listed below to:

David Zatauchni, Esq.
**ZATUCHNI & ASSOCIATES, LLC**
1 West Street
Suite 100
New York, New York 10004
(212) 785-8980

Kathleen M. McKenna, Esq.
**PROSKAUER & ROSE, LLP**
1585 Broadway
New York, New York 10036
(212) 969-3130

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_____
Kenneth A. Schoen
SDNY Bar: (KAS - 7180)
Empire State Building - Suite 3304
New York, New York 10118
(212) 268-7535
Counsel for Defendant **ATLANTIC VIDEO, INC.**