UNITED STATES DISTRICT COURT
FOR THE, SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION NO.: 07-CV-6084

| | |
|---|---|
| RITA RAGONE, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ATLANTIC VIDEO, INC. improperly )<br>identified as "Atlantic Video at the )<br>Manhattan Center, d/b/a MCP-AV, Inc.", )<br>ESPN, INC., WOODY PAIGE, )<br>JAY CRAWFORD, TED NELSON and )<br>LORI BERLIN, )<br>)<br>Defendants. )<br>) | USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 5/20/08<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION |

Upon the motion of Kenneth A. Schoen, local counsel for ATLANTIC VIDEO, INC., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

ALAN S. BLOCK
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW
Eighth Floor
Washington, DC 20036
Telephone: (202) 712-7000
Facsimile: (202) 712-7100

is admitted to practice pro hac vice as counsel for ATLANTIC VIDEO, INC. in the above captioned cause in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York

_____
United States District/~~Magistrate~~ Judge

5/19/08

cc:   David Zatauchni, Esq.
      Kathleen M. McKenna, Esq.
      Alan S. Block, Esq.