# zatuchni & associates

New York          Newark

Attorneys At Law

Zatuchni & Associates, LLC
2 Research Way
3rd Floor East
Princeton, New Jersey 08540
Tel 609 243-0300
Fax 609 243-0333
www.zatuchniassociates.com

Writer's Email
davidz@zatuchniassociates.com

May 30, 2008

Hon. John G. Koeltl, USDCJ
Southern District Court of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1030
New York, NY 10007
**Via Regular Mail and Facsimile - (212) 805-7912**

Re: Ragone v. Atlantic Video, Inc., et al
Civil Action No. 07-CV-6084

Dear Judge Koeltl

This office represents Plaintiff Rita Ragone in the above matter.

On the above date, the parties participated in a settlement conference with The Honorable James C. Francis, U.S.M.J., concerning the above-referenced matter. The parties are reconvening with Judge Francis for further settlement discussions on June 20, 2008. In order to maintain the status quo and to foster these continued settlement discussions, I am writing on behalf of all the parties to respectfully request that the evidentiary hearing, currently scheduled for June 4, 2008, be adjourned and held in abeyance until the parties conclude their settlement efforts with the Court.

I thank Your Honor in advance for Your attention to this matter. Please contact me if you should have any questions or concerns.

Respectfully yours,

David Zatuchni, Esq. /s/

*Handwritten note from Judge:* The evidentiary hearing is adjourned from June 19, 2008 (as scheduled in an earlier order) to July 11, 2008 at 9:00 AM. SO ORDERED. [signed] 6/[?] U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

# zatuchni & associates
Attorneys At Law

Hon. John G. Koeltl, USDCJ
May 30, 2008
Page 2 of 2

cc:   Kathleen M. McKenna, Esq. (via facsimile 212-969-2900)
      Alan S. Block, Esq. (via facsimile 202-712-7100)