```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/15/08
```

**PROSKAUER ROSE**

585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Kathleen M. McKenna
Member of the Firm

Direct Dial 212.969.3130
kmckenna@proskauer.com

July 14, 2008

**BY FACSIMILE**

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

Re:  Ragone v. Atlantic Video, Inc., et al.
     Civil Action No. 07-CV-6084

Dear Judge Koeltl:

> *[Handwritten note:]* Application denied. This request is made the eve of the hearing without any support for any pre-existing conflicts and seeks without justification an adjournment of over a month and a half. So ordered. 7/14/08 — JGK, U.S.D.J.

We represent Defendant ESPN, Inc. ("ESPN") in the above-referenced matter. We write on behalf of all of the parties to request an adjournment of the hearing presently scheduled before the Court for July 15, 2008. This letter will confirm a message left with Chambers stating that due to pre-existing conflicts, the parties are unable to appear before the Court on that date. As a result of vacation schedules and other professional obligations, the parties jointly request that the hearing be adjourned until September 9, 2008, which is the first date that all of the parties and their witnesses will be available to appear before the Court.

Respectfully submitted,

Kathleen M. McKenna /DSP

cc:  David Zatuchni, Esq. (by fax)
     Alan S. Block, Esq. (by fax)

5973/25930-005 Current/11588900v1