USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RITA RAGONE,

                    Plaintiff,                    07 Civ. 6084 (JGK)

          - against -                             ORDER

ATLANTIC VIDEO at the Manhattan
Center, d/b/a MCA-AV, INC.; ESPN
INC.; WOODY PAIGE; JAY CRAWFORD; TED
NELSON; and LORI BERLIN

                    Defendants.

JOHN G. KOELTL, District Judge:

     The plaintiff shall show cause by **September 16, 2008** why

the Complaint should not be dismissed without prejudice against

defendants Woody Paige, Jay Crawford, Ted Nelson, and Lori

Berlin for failure to serve them within 120 days after the

filing of the Complaint. See Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated:     New York, New York
           August 27, 2008

                                        John G. Koeltl
                                   United States District Judge

1